NO. 29673

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

RICHARD BLAISDELL, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0024, CR. NOS. 90-1541 and 92-2513)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Petitioner-Appellant Richard Blaisdell's

application for writ of certiorari, filed on April 12, 2010, is

hereby rejected.

DATED:  Honolulu, Hawai'i,  May 13, 2010.

FOR THE COURT:

*James E. Duffy, Jr.*

Associate Justice

Richard Blaisdell,
petitioner/petitioner-
appellant *pro se* on
the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald,
JJ.